UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXWELL OLSON,

                    Plaintiff,

    -v-

UNIVISION COMMUNICATIONS INC.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 6120 (JPO) (SLC)

**ORDER CANCELLING
SETTLEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 5, 2025, the parties filed a Notice of Settlement advising the Court that they have reached a settlement in principle.  (Dkt. No. 25).  Accordingly, the settlement conference presently scheduled for December 12, 2025 at 10:00 a.m. ET (Dkt. No. 20) is **CANCELLED**.  The Clerk of Court is respectfully directed to cancel the December 12, 2025 settlement conference.

Dated:      New York, New York
            December 8, 2025

                          SO ORDERED.

                          SARAH L. CAVE
                          **United States Magistrate Judge**